# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
*www.wied.uscourts.gov*

October 30, 2019

**Mr. David Juarez**
4000 Maryland Avenue Apt 125
Racine, WI 53405

Re: **Juarez v. Kenosha County Sheriff's Department et al**
**Case No. 19-cv-01593**

Dear Mr. Juarez:

This case has been assigned to the Honorable Pamela Pepper. Enclosed please find a form regarding magistrate judge jurisdiction for your consideration.

Please complete and submit the magistrate judge jurisdiction form within 21 days of the date of this letter.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

s/D. Satterwhite
Deputy Clerk