UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID JUAREZ,

        Plaintiff,

  v.

Case No. 19-cv-1593-pp

KENOSHA COUNTY SHERIFF'S DEPARTMENT,
and KENOSHA COUNTY JAIL,

        Defendants.

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 14)**

On May 13, 2020, the plaintiff—representing himself—filed a motion for summary judgment. Dkt. No. 14. The motion doesn't comply with Federal Rule of Civil Procedure 56 or Civil Local Rule 56(b)(1). It is four pages long, cites no legal authority and is not accompanied by proposed findings of fact supported by evidence, as required by those rules.

The court issued a scheduling order on January 30, 2020. Dkt. No. 12. That order provides that the parties must complete discovery—exchanging information with each other—by October 30, 2020. Dispositive motions (like motions for summary judgment) aren't due until November 30, 2020, because parties must support motions for summary judgment with *evidence*, and the way parties collect evidence is through discovery. Now is the time for the plaintiff to make written discovery requests to the defendants—he may serve "interrogatories"—questions—or "requests for production"—requests that the

1

defendants provide him with documents. He must give the defendants at least thirty (30) days to respond to those requests. After he receives and reviews the discovery, the plaintiff can consider whether the *undisputed* facts entitle him to judgment under the law. If he believes that is the case, he may file a summary judgment motion (with an accompanying legal brief and proposed findings of fact supported by evidence) at that time.

The court **DENIES without prejudice** the plaintiff's motion for summary judgment. Dkt. No. 14.

Dated in Milwaukee, Wisconsin this 11th day of June, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**